UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| LEONARD BANKS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security Administration,<br><br>    Defendant. | Case No. CV 07-8050-SVW (JWJ)<br><br>**ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO FILE PROOF OF SERVICE OF COMPLAINT** |

The records of this Court indicate that this action is not being diligently prosecuted by plaintiff.

On December 17, 2007, plaintiff filed a "Complaint for Social Security Disability." On December 27, 2007, this Court issued a "Case Management Order" which instructed plaintiff as follows:

    1.    <u>Service of summons and complaint</u>.  Plaintiff shall promptly serve the summons and complaint and a copy of this order on defendant in the manner required by Rule 4(i) of the Federal Rules of Civil Procedure.  Such service shall consist of sending a copy of the summons and complaint and a copy of this order by registered or certified mail to each of the following:  (a) the United States Attorney for the Central District of California, or

his or her authorized agent, addressed to the civil process clerk at the Office of the United States Attorney, Civil Division, Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles, California, 90012; (b) the Commissioner of the Social Security Administration, in Washington, D.C.; and (c) the Attorney General of the United States, in Washington, D.C.  Plaintiff shall file a proof of service showing compliance with this paragraph of this order within thirty (30) days after the filing of the complaint.  Failure to comply with this paragraph may result in the dismissal of this case.

To date, the Court has not received a Proof of Service of the Complaint, which was due on January 17, 2008.

**ACCORDINGLY, IT IS ORDERED** that plaintiff shall have ten (10) days from the date of this Order to show cause why plaintiff has failed to file a Proof of Service as ordered by this Court.

Failure to timely comply with this Order to Show Cause may result in the Magistrate Judge recommending that this case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 for failure to comply with a Court Order.

DATED:  February 28, 2008

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge