FILED
CLERK, U.S. DISTRICT COURT

JUL - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| LEONARD BANKS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security Administration,<br><br>    Defendant. | Case No. CV 07-8050-SVW (JWJ)<br><br>ORDER ADOPTING<br>REPORT AND<br>RECOMMENDATION<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

    IT IS ORDERED that a Judgment be issued dismissing the instant action without prejudice.

///
///
///
///

1     IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2 of this Order and the Judgment of this date on the plaintiff.

4 DATED: 7/9/08

6                                       STEPHEN V. WILSON
7                                    United States District Judge